Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
kdermody@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*
  [Additional Counsel listed on Signature Page]

Mark Dichter (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:  215.963.5000
Facsimile:  215.963.5001
mdichter@morganlewis.com

*Attorneys for Defendant Morgan Stanley Smith Barney*
  [Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE FASSBENDER AMOCHAEV, DEBORAH ORLANDO, KATHRYN N. VARNER and IVY SO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY, <br><br> Defendant. | Case No.  C- 05-1298 PJH <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER TRANSFERRING CASE TO THE DISTRICT OF THE DISTRICT OF COLUMBIA** |

WHEREAS, the Court entered the final order and judgment in this gender discrimination class action on August 13, 2008, but retained continuing jurisdiction over the settlement;

WHEREAS, on January 13, 2009, Morgan Stanley and Citigroup announced that they had reached agreement to combine Morgan Stanley's Global Wealth Management Group and Citigroup's Smith Barney group (which employed the Financial Advisor class members in this case);

WHEREAS, prior to the merger, Morgan Stanley had previously entered into a settlement of a separately-pending gender discrimination class action on behalf of its female Financial Advisors, *Augst-Johnson, et al v. Morgan Stanley & Co, Incorporated*, Case No. 1:06-CV-01142 (RWR) (D.D.C.);

WHEREAS, since the merger, the parties in this case and *Augst-Johnson* worked diligently to enter into a Consolidated Settlement Agreement combining the material terms negotiated in both cases;

WHEREAS, the parties executed a Consolidated Settlement Agreement in late May, 2011;

WHEREAS, in early June, 2011, counsel in this case alerted the Court to the merger, the Consolidated Settlement Agreement, and the need to locate the Consolidated Agreement combining both settlements under one judge;

WHEREAS, the August-Johnson was settled first and Morgan Stanley represents the superior shareholder in the merged companies, the parties have proposed that the District of Columbia be the venue for the Consolidated Settlement to proceed; and

WHEREAS, having discussed this matter with this Court and thereafter providing the same information to Judge Richard W. Roberts, the presiding judge in *Augst-Johnson*, Judge Roberts advised the parties in *Augst-Johnson* by Minute Order dated September 19, 2011, "This Court is prepared to move forward with a transferred and consolidated related case....";

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the parties respectfully propose that the Court transfer the file in this case to the District of Columbia for consolidation with the *Augst-Johnson* case so that the Consolidated Settlement Agreement may be considered, and with continuing jurisdiction to remain over the settlement in the District of Columbia.

SO STIPULATED.

Dated: September 30, 2011                    Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:      */s/ Kelly M. Dermody*
                    Kelly M. Dermody

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Adam T. Klein (*Pro Hac Vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Cyrus Mehri (*Pro Hac Vice*)
MEHRI & SKALET, PLLC
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Facsimile: (202) 822-4997

*Plaintiffs' Class Counsel*

DATED: September, 30, 2011          MORGAN LEWIS & BOCKIUS LLP

By:          */s/ Mark Dichter*
                 Mark Dichter

Mark Dichter (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:  215.963.5000
Facsimile:   215.963.5001

*Attorneys for Defendant Morgan Stanley Smith Barney*

939243.1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk's Office is hereby directed to transfer the file in this case to the U.S. District Court for the District of Columbia for consideration of relation to *Augst-Johnson, et al v. Morgan Stanley & Co, Incorporated*, Case No. 1:06-CV-01142 (RWR) (D.D.C.).

Dated: _____October 3_____, 2011



_____
The Honorable Phyllis J. Hamilton
United States District Judge

939243.1

STIPULATION AND  ORDER
CASE NO. C- 05-1298 PJH